Sylvester Tracking #117085
T-U upper "F" tier cell #10
Louisiana State Penitentiary
Angola La. 70712
September 13, 2023

RECEIVED
SEP 20 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Dear Sir

Emergency law suits

On September 13, 2023, M/sgt. Hunter, have my hand behind my back with handcuff and leg iron on me and I got on the hall way in front the camela he take my eye glasses, and handkerchief out of my hand now, will you please send me to C.C.R. on death row, befor you found your officer dead every time I go on the yard he fuck with me bad like this now.

C.C. Filed, Respectfully Sincerely
Sylvester Tracking
D.O.C. #117085

Mr, Sylvester Tuckling #170851
T-U upper 'F' tier cell #10
Louisiana State Penitentiary
Angola La. 70712
September 13, 2023

Dear Sir

Emergency law suit

On September 13, 2023, M/sgt. Matthew Fuck with me behind my back brace' at I got a duty status for it capt, Letcher, call the treament center he asked I didn't have no duty status for the back brace our I get it on my back now, will you please move M/Sgt. Matthew and Capt, Letcher, from around me, everytime I go on the yard he fuck with me try to bring me out there I can think before I do it now.

C. C. Filed Respectfully sincere
/Sylvester Tuckley
D.O.C #170851

Mr. Sylvester Trueblin #470878
T-U upper "F" tier cell #10
Louisiana State Penitentiary  SCREENED
Angola. La. 70712    OK
U.S. MARSHAL

United State District Court
Middle District of Louisiana
777 Florida St, Suite 139
Baton Rouge, La. 70801

70801-171798