UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SYLVESTER TRACKLING                                             CIVIL ACTION

VERSUS

UNKNOWN HUNTER, ET AL.                                          NO. 23-01342-BAJ-EWD

### RULING AND ORDER

This matter comes before the Court in connection with the Court's Order (Doc. 3) dated November 3, 2023, denying the Plaintiff authorization to proceed *in forma pauperis* in this case and directing him to pay, by no later than November 27, 2023, the full amount of the Court's filing fee.

Pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), the Court determined that the Plaintiff was not authorized to proceed *in forma pauperis* herein and ordered him to pay, by November 27, 2023, the full amount of the Court's filing fee. (*See* Doc. 3). The Plaintiff was placed on notice that a failure to comply with the Court's Order may result in the dismissal of Plaintiff's action without further notice from the Court. (*Id.*)

In accordance with 28 U.S.C. § 1915, a prisoner filing a civil action or appeal in federal court may be granted *in forma pauperis* status but is, nonetheless, required to pay the full amount of the Court's filing fee over time in incremental installments. However, such incremental payments are not allowed, and *pauper* status shall be denied where the prisoner has filed, on at least three prior occasions while incarcerated, actions or appeals that have been dismissed as legally baseless.

Specifically,

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

In the instant case, the Plaintiff has, on three or more occasions while incarcerated, brought actions or appeals in federal court that have been dismissed as frivolous or for failure to state a claim upon which relief may be granted.[1]

Accordingly, pursuant to 28 U.S.C. § 1915(g), this Court denied Plaintiff authorization to proceed *in forma pauperis* and directed him to pay the full amount of the Court's filing fee by November 27, 2023. A review of the record by the Court reflects that the Plaintiff has failed to pay the filing fee as ordered. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure of the Plaintiff to pay the Court's filing fee.

---

[1] Cases filed by Trackling that have been dismissed as frivolous or for failure to state a claim include but are not limited to: *Sylvester Trackling v. Major Tillman*, Civil Action No. 09-1035-JVP (M.D. La.); *Sylvester Trackling v. Shaunry Williams*, Civil Action No. 10-745-RET (M.D. La.); and *Sylvester Trackling v. Sgt. Floyd Sims*, Civil Action No. 10-754-FJP (M.D. La.).

Judgment shall be entered separately.

    Baton Rouge, Louisiana, this 17th day of June, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**