UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SYLVESTER TRACKLING                                         CIVIL ACTION

VERSUS

UNKNOWN HUNTER, ET AL.                                 NO. 23-01342-BAJ-EWD

<u>JUDGMENT</u>

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure of Plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, this 11th day of June, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA